OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701  $ 000.26⁵
02 1W
0001401603 MAY. 07. 2015

**5/4/2015**

**JAMES, ED Jr.**          **Tr. Ct. No. W10-25095-H(A)**          **WR-83,235-01**

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

RTS
DISCH.

ED JAMES JR.

- TDC # 1783482

